AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Denise Mariette Miller, Individually and on Behalf of all others similarly situated as Class Rep.

V.

AON Corporation, AON Risk Services Northeast, Inc. f/k/a Aon Risk Services, Inc. of New York

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4510

JUDGE KAPLAN

TO: (Name and address of Defendant)

AON Corporation
199 Water Street
New Yok, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blau, Brown & Leonard, LLC
54 West 21st Street, Suite 1009
New York, NY 10010
Telephone: (212) 725-7272

-and-

Matthew Armstrong, Esq.
Schlicter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, MO 63102

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                  MAY 1 5 2008
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 5, 2008 |
| NAME OF SERVER (PRINT) James Lepore | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: NYS Secretary of State, 99 Washington Avenue, Albany, New York upon Donna Christie

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 5, 2008
　　　　　　　Date

*Signature of Server*

90 State Street
Albany, New York 12207

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.