✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Denise Mariette Miller, Individually and on Behalf
of all others similarly situated as Class Rep.

**SUMMONS IN A CIVIL ACTION**

V.

AON Corporation, AON Risk Services Northeast,
Inc. f/k/a Aon Risk Services, Inc. of New York

CASE NUMBER:    08-CV    4510

JUDGE KAPLAN

TO: (Name and address of Defendant)

AON Risk Services Northeast, Inc.
199 Water Street
New Yok, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blau, Brown & Leonard, LLC
54 West 21st Street, Suite 1009
New York, NY 10010
Telephone: (212) 725-7272

-and-

Matthew Armstrong, Esq.
Schlicter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, MO 63102

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

MAY 1 5 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 5, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| James Lepore | Legal Assistant |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: NYS Secretary of State, 99 Washington Avenue, Albany, New York upon Donna Christie

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 5, 2008     _James Lepore_
            Date             *Signature of Server*

90 State Street
Albany, New York 12207

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.