UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE MARUETTE MILLER, Individually and on Behalf of All Others Similarly Situated, as Class Representative,

Plaintiffs,

-against-

AON CORPORATION and AON RISK SERVICES NORTHEAST, INC., formerly known as Aon Risk Services Inc. of New York,

Defendants.

Civil Action No. 08 CV 4510 (LAK)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Defendants AON CORPORATION and AON RISK SERVICES NORTHEAST, INC., formerly known as Aon Risk Services Inc. of New York, in the above-captioned matter.

Dated: June 25, 2008
New York, New York

Respectfully Submitted,

LITTLER MENDELSON, P.C.

/s/ Andrew P. Marks
Andrew Marks (367404)
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600 (telephone)
212.832.2719 (facsimile)

amarks@littler.com (email)