KAPLAN, J

ANDREW P. MARKS(AM0361)
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
885 Third Avenue
16th Floor
New York, NY 10022.4834
212.583.9600



RECEIVED JUN 26 2008 JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE MARIETTE MILLER, Individually and on Behalf of All Others Similarly Situated, as Class Representative,<br><br>Plaintiff,<br><br>-against-<br><br>AON CORPORATION and AON RISK SERVICES NORTHEAST, INC., formerly known as Aon Risk Services Inc. of New York,<br><br>Defendant. | 1:08-CV-4510 (LAK)<br><br>STIPULATION |

      WHEREAS Defendants currently have until June 25, 2008 to move, answer or otherwise respond to the complaint in the above-captioned action; and

      WHEREAS Defendants have moved the Multidistrict Litigation ("MDL") Panel to consolidate the above-captioned action with a similar mattter pending in the United States District Court for the Northern District of Illinois; and

      WHEREAS Defendants desire to stay the proceedings in this action pending the decision MDL Panel; and

      WHEREAS Plaintiff requires some additional time to consider the MDL motion, to determine her position with respect to the proposed stay and to amend the complaint;

      NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, between the parties in the above captioned action, Defendants' time to answer, move or otherwise respond to plaintiffs' Complaint shall be extended to and including July 31, 2008.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

No prior request for an extension has been made.

Dated: June 25, 2008
       New York, New York

LITTLER MENDELSON, PC

_____
Andrew P. Marks (AM0361)

885 Third Avenue
New York, New Yrok 10022
212-583-9600
Attorneys for Defendants

BLAU, BROWN & LEONARD, LLC

_____
Steven Bennett Blau (SB4063)

54 West 21st Street
New York, New York 10010
212-725-7272
Attorneys for Plaintiff

SO ORDERED: _____
      For Hon. Lewis A. Kaplan
      By Hon. Sydney H. Stein, Part I

Dated: New York, NY
      6/__/08

2