LITTLER MENDELSON, P.C.
Andrew P. Marks (AM-0361)
885 Third Avenue, 16th Floor
New York, New York 10022.4834
Tel: 212.583.9600
Fax: 646.219.5794
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE MARIETTE MILLER, WENDY CEASAR, ANGELA BALDWIN, MEAUX CRAIG and JANET HOLMES, Individually and on Behalf of All Others Similarly Situated, as Class Representatives,<br><br>Plaintiffs,<br><br>-against-<br><br>AON RISK SERVICES COMPANIES, INC. and AON RISK SERVICES NORTHEAST, INC., formerly known as Aon Risk Services Inc. of New York.,<br><br>Defendants. | 08 CV 4510 (LAK)<br><br>**NOTICE OF MOTION**<br><br><br>**DOCUMENT FILED ELECTRONICALLY** |

To: Steven Bennett Blau, Esq.
    Blau, Brown & Leonard, LLC
    54 West 21st Street
    New York, New York 100010
    Attorneys for Plaintiffs
    (Via ECF and U.S. Mail)

PLEASE TAKE NOTICE, that, upon the accompanying Declaration of Nazaro Propati and Memorandum of Law in Support of Their Motion, Defendants Aon Corporation and Aon Risk Services Northeast, Inc., by and through its attorneys, will and hereby do move this Court, before the Honorable Lewis A. Kaplan, United States District Court Judge of the United States District Court, Southern District of New York, located at the United States Courthouse,

Courtroom 12B, 500 Pearl Street, New York, New York, on a date and time to be set by the Court if Oral argument is desired, for an order staying further proceedings in this action until seven (7) days after the Judicial Panel On Multidistrict Litigation ("MDL Panel") issues a ruling on their Motion to Transfer pursuant to 28 U.S.C. § 1407. Alternatively, should the Court deny Defendants' request to stay proceedings, Defendants request an extension of time to Answer or otherwise plead, until seven (7) days after this Court issues its ruling on the instant Motion.

Date: July 31, 2008
New York, New York

_____
Andrew P. Marks (AM0361)
LITTLER MENDELSON
A Professional Corporation
885 Third Avenue
16th Floor
New York, NY  10022.4834
212.583.9600

Attorney for Defendants
AON RISK SERVICES COMPANIES, INC.
and AON RISK SERVICES NORTHEAST,
INC., formerly known as Aon Risk Services
Inc. of New York.