UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE MARIETTE MILLER, WENDY CEASAR, ANGELA BALDWIN, MEAUX CRAIG and JANET HOLMES, Individually and on Behalf of All Others Similarly Situated, as Class Representatives,<br><br>Plaintiffs,<br><br>- against -<br><br>AON RISK SERVICES COMPANIES, INC. and AON RISK SERVICES NORTHEAST, INC., formerly known as Aon Risk Services Inc. of New York,<br><br>Defendants. | 08 CV 4510 (LAK)<br><br>**CERTIFICATE OF SERVICE** |

Andrew P. Marks hereby declares and states:

1.  I am not a party to this action, am over the age of eighteen years, and reside in White Plains, New York.

2.  I hereby certify that on July 31, 2008, I electronically filed the Notice of Motion and accompanying Memorandum of Law in Support of Defendants' Motion to Stay with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

**Steven Bennett Blau, Esq.**
Blau, Brown & Leonard, LLC
54 West 21st Stree
New York, NY 10010
Email: sbblaw@msn.com

who was also served by First-Class Mail.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 31, 2008, in New York, New York.

*s/Andrew P. Marks*
Andrew P. Marks