UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DENISE MARIETTE MILLER, et al.,

                Plaintiffs,

      -against-                              08 Civ. 4510 (LAK)

AON RISK SERVICES COMPANIES, INC., et ano.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendants' unopposed motion to stay proceedings in this action pending a ruling by the Judicial Panel on Multidistrict Litigation on their motion to transfer is granted. The action is transferred to the suspense docket pending further order of the Court.

        SO ORDERED.

Dated:      August 28, 2008

                                                    Lewis A. Kaplan
                                                United States District Judge